# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA AT PHOENIX

| | |
|---|---|
| In re: <br><br> Anthony R Amici, <br><br>     Debtor. | Chapter 7 <br><br> Case No. 10-22488 |
| FIA CARD SERVICES, N.A. (F.K.A. MBNA AMERICA BANK, N.A.), <br><br>     Plaintiff, <br><br> v. <br><br> Anthony R Amici, <br><br>     Defendant. | ADV. NO. 10-01821-GBN <br><br> NOTICE FOR ENTRY OF DEFAULT |

**NOTICE IS HEREBY GIVEN** that:

The Complaint was filed on October 14, 2010.

The Summons was issued on October 18, 2010.

The Complaint/Summons were served by 1st Class Mail on Defendant/Counsel October 19, 2010.

Proof of Service was filed on October 19, 2010.

More than thirty-five days have passed since issuance of the summons.

No answer or appearance has been made of record by Defendant or Defendant's counsel.

An affidavit has been filed stating that the Defendant is not a person in the U.S. Military, an unrepresented minor, or an incapacitated party.

The applicable Bankruptcy Court Rules for Entry of Default have been met.

THEREFORE: the Defendant is in Default herein.

Dated: 4/27/11

Weinstein & Riley, P.S.

By: _____
Richard S. Ralston, Bar No. 21987
Attorneys for Plaintiff

Page 1 NOTICE FOR ENTRY OF DEFAULT

43267144